United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Alberta Telecommunications Research
Centre d/b/a TR Labs,

        Plaintiff,

    v.

Axiom Memory Solutions, Oki Electric
Industry Company, Ltd., Sanmina Sci Cor

        Defendant.

_____ /

CASE NO. C 09-00729 ~~MEJ~~ MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven R. Pedersen            , whose business address and telephone number is

Stadheim & Grear Ltd, 400 N. Michigan Ave., Suite 2200, Chicago, IL  60611, (312)
755-4400

                                  the District of Columbia
and who is an active member in good standing of the bar of ~~The Northern District of Illinois~~

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Alberta Telecommunications Research Cent

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  March 30, 2009

~~Honorable Maria-Elena James~~
~~United States  Magistrate Judge~~
Maxine M. Chesney
United States District Judge