IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alberta Telecommunications Research Centre d/b/a TR Labs,<br><br>Plaintiff,<br><br>v.<br><br>Axiom Memory Solutions, Oki Electric Industry Company, Ltd., Sanmina Sci Cor<br><br>Defendant. | CASE NO. C 09-00729 ~~MEJ~~ MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Keith A. Vogt, whose business address and telephone number is

Stadheim & Grear Ltd, 400 N. Michigan Ave., Suite 2200, Chicago, IL 60611, (312) 755-4400

and who is an active member in good standing of the bar of The Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Alberta Telecommunications Research Cent

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 30, 2009

~~Honorable Maria-Elena James~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge