W. Clay Deanhardt (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

George C. Summerfield
Email:  *summerfield@stadheimgrear.com*
Rolf O. Stadheim
Email:  *stadheim@stadheimgrear.com*
Joseph A. Grear
Email:  *grear@stadheimgrear.com*
Keith A. Vogt
Email:  *vogt@stadheimgrear.com*
Steven R. Pedersen
Email:  *pedersen@stadheimgrear.com*
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>    Plaintiff,<br><br>    v.<br><br>AXIOM MEMORY SOLUTIONS, OKI ELECTRIC INDUSTRY COMPANY, LTD., and SANMINA-SCI CORPORATION,<br><br>    Defendants. | CASE NO. C 09-00729 MMC<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANT OKI ELECTRIC COMPANY, LTD.; ORDER THEREON |

The plaintiff in the afore-captioned matter, Alberta Telecommunications Research Centre, d/b/a TR Labs ("TR Labs"), hereby stipulates to the dismissal of the complaint in that matter with prejudice as to defendant, Oki Electric Company, Ltd. ("Oki") only.  TR Labs will continue to pursue its claims against the remaining two defendants in that matter.  TR Labs and Oki are each to bear its respective costs.

        Respectfully submitted,

/s/ George C. Summerfield
George C. Summerfield
Joseph A. Grear (*pro hac vice*)
Keith A. Vogt (*pro hac vice*)
Steven R. Pedersen (*pro hac vice*)
STADHEIM & GREAR
400 North Michigan Avenue, Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408
*gstadlaw@aol.com*
*jstadlaw@aol.com*
*keithvogt@aol.com*
*sstadlaw@aol.com*

W. Clay Deanhardt (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

Attorneys for Plaintiff
TR LABS

Date:  May 26, 2009

SO ORDERED

Dated: May 26, 2009

_____
U.S. DISTRICT JUDGE        Date