1 | W. Clay Deanhardt (Bar No. 160653)
Email: clay@deanhardtlaw.com
2 | LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
3 | Orinda, CA 94563
Telephone: (925) 258-9079
4 | Facsimile: (925) 885-2478

5 | George C. Summerfield
Email: *summerfield@stadheimgrear.com*
6 | Rolf O. Stadheim
Email: *stadheim@stadheimgrear.com*
7 | Joseph A. Grear
Email: *grear@stadheimgrear.com*
8 | Keith A. Vogt
Email: *vogt@stadheimgrear.com*
9 | Steven R. Pedersen
Email: *pedersen@stadheimgrear.com*
10 | STADHEIM & GREAR
400 North Michigan Avenue
11 | Suite 2200
Chicago, Illinois 60611
12 | Telephone: (312) 755-4400
Facsimile: (312) 755-4408
13 |
Attorneys for Plaintiff
14 | ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | |
|---|---|
| Plaintiff, | CASE NO. C 09-00729 MMC |
| v. | STIPULATION OF DISMISSAL AS TO DEFENDANT AXIOM MEMORY SOLUTIONS; ORDER THEREON |
| AXIOM MEMORY SOLUTIONS, OKI ELECTRIC INDUSTRY COMPANY, LTD., and SANMINA-SCI CORPORATION, | |
| Defendants. | |

The plaintiff in the afore-captioned matter, Alberta Telecommunications Research Centre, d/b/a TR Labs ("TR Labs"), hereby stipulates to the dismissal of the complaint in that matter with prejudice as to defendant, Axiom Memory Solutions ("Axiom") only.  TR Labs will continue to pursue its claims against defendant Sanmina-SCI Corporation in that matter.  TR Labs and Axiom are each to bear its respective costs.

    Respectfully submitted,

/g/George C. Summerfield_____
George C. Summerfield
Joseph A. Grear (*pro hac vice*)
Keith A. Vogt (*pro hac vice*)
Steven R. Pedersen (*pro hac vice*)
STADHEIM & GREAR
400 North Michigan Avenue, Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408
*gstadlaw@aol.com*
*jstadlaw@aol.com*
*keithvogt@aol.com*
*sstadlaw@aol.com*

W. Clay Deanhardt (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

Attorneys for Plaintiff
TR LABS

Date:  May 28, 2009

SO ORDERED.

Dated: May 29, 2009

_____
U.S. DISTRICT JUDGE     ~~Date~~

-2-