John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Allonn E. Levy, Bar No. 187251
alevy@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Defendant
Sanmina-SCI Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>AXIOM MEMORY SOLUTIONS, OKI ELECTRIC INDUSTRY COMPANY, LTD., and SANMINA-SCI CORPORATION,<br><br>Defendants. | CASE NO.  C 09 00729 MMC<br><br>[PROPOSED] **ORDER ENLARGING TIME FOR DEFENDANT TO FILE ITS "INVALIDTY CONTENTIONS"** |

The deadline for Defendant SANMINA-SCI CORPORATION to file its "Invalidity Contentions" pursuant to Patent LR 3-3 in this action is hereby extended up to and through August 26, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 28, 2009_____, 2009

*[signature]*
JUDGE OF THE DISTRICT COURT

646\651303.1
[PROPOSED] ORDER ENLARGING TIME TO FILE ITS INVALIDITY CONTENTIONS
(CASE NO. C 09 00729 MMC)