John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Allonn E. Levy, Bar No. 187251
alevy@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendant
Sanmina-SCI Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>AXIOM MEMORY SOLUTIONS, OKI ELECTRIC INDUSTRY COMPANY, LTD., and SANMINA-SCI CORPORATION,<br><br>Defendants. | CASE NO.  C 09 00729 MMC<br><br>**STIPULATION TO EXTEND CLAIM CONSTRUCTION DEADLINES; [PROPOSED] ORDER THEREON** |

This stipulation is entered into between Plaintiff ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE ("TR Labs") and Defendant SANMINA-SCI CORPORATION ("Sanmina") (jointly the "Parties") by and through their respective counsel of record.

WHEREAS, mediation is currently scheduled to commence September 2, 2009;

WHEREAS, counsel for the Parties have met and conferred and, in light of the mediation, have agreed to an extension of time in which to complete the requirements of Local Patent

1  Rules 4-1, 4-2, and 4-3.

2  NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to

3  Court approval, to the following deadlines:

| DEADLINE | DATE |
|---|---|
| Exchange of Claim Terms | October 19, 2009 |
| Preliminary Claim Construction | November 7, 2009 |
| Joint Claim Construction Report and Prehearing Statement | November 18, 2009 |
| Completion of Claim Construction Discovery | December 18, 2009 |
| Plaintiff's Opening Brief on Claim Construction | January 4, 2010 |
| Defendant's Responsive Brief on Claim Construction | January 18, 2010 |
| Plaintiff's Reply Brief Due | January 27, 2010 |

IT IS SO STIPULATED.

Dated: August 6, 2009

HOPKINS & CARLEY
A Law Corporation

By: /s/ Noelle R. Dunn
　　John V. Picone III
　　Allonn E. Levy
　　Noelle R. Dunn
　　Attorneys for Defendant
　　Sanmina-SCI Corporation

Dated: August 6, 2009

LAW OFFICE OF CLAY DEANHARDT

By: /s/ George Summerfield
　　George Summerfield
　　Attorneys for Plaintiff
　　Alberta Telecommunications Research
　　Centre d/b/a TR Labs

1  PURSUANT TO STIPULATION, IT IS SO ORDERED., and the claim construction
2  hearing is hereby CONTINUED to February 22, 2010.

3  Dated: August 11, 2009

                                                HONORABLE MAXINE M. CHESNEY
                                                United States District Court Judge